UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JEREMY RYAN HILLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT HUMES; THOMAS PAUL; and )<br>SERGEANT ROY BRANTLEY, )<br>)<br>Defendants. ) | 6:13-cv-71 |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, ECF No. 11, to which objections have been filed. ECF Nos. 14; 18. After a de novo review of the record, and after carefully considering Plaintiff's objections, the Court concurs with the Report and Recommendation, which is **ADOPTED** as the opinion of the Court. Plaintiff's claims are **DISMISSED**.

This 2nd day of December 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA