UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| JEREMY RYAN HILLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 6:13-cv-71 |
| ROBERT HUMES; THOMAS PAUL; and SERGEANT ROY BRANTLEY, | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, ECF No. 11, to which objections have been filed. ECF Nos. 14; 18. After a de novo review of the record, and after carefully considering Plaintiff's objections, the Court concurs with the Report and Recommendation, which is *ADOPTED* as the opinion of the Court. Plaintiff's claims are *DISMISSED*.

This 2nd day of December 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA